# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**M.D. MODZELEWSKI, F.D. MITCHELL, M.G. MILLER**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## JOSHUA L. NOBLE
## LANCE CORPORAL (E-3), U.S. MARINE CORPS

### NMCCA 201300406
### GENERAL COURT-MARTIAL

**Sentence Adjudged:** 3 July 2013.
**Military Judge:** Maj Nicholas A. Martz, USMC.
**Convening Authority:** Commanding General, II Marine Expeditionary Force, Camp Lejeune, NC.
**Staff Judge Advocate's Recommendation:** Maj C.G. Tolar, USMC.
**For Appellant:** CAPT Stephen White, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

**31 January 2014**

---
## OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court